IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HENRY GUY JONES,

    Plaintiff,

    v.

C. O. MOODY
Mail Room, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-4240-TWT

## ORDER

This is a pro se Bivens action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge that it be dismissed as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of February, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Jones\12cv4240\r&r.wpd